# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL ROBERT MOURA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       21-mj-2243-MBB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 28, 2021__ in the county of __Plymouth__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Possession of Firearm by Prohibited Person |

This criminal complaint is based on these facts:
Attached Affidavit of Federal Bureau of Investigation Special Agent Jay M. Lynch

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jay M. Lynch, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 28, 2021

City and state: Brookline, MA

HON. MARIANNE B. BOWLER
United States Magistrate Judge